IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL REDMAN, et al.,

Plaintiffs,

v.

Case No. 18-2057 JPG

AUTO OWNERS INSURANCE COMPANY, *et al.*,

Defendants.

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: December 26, 2019**   MARGARET M. ROBERTIE, Clerk of Court

s/Tina Gary, Deputy Clerk

**Approved:**   *s/J. Phil Gilbert*
   **J. PHIL GILBERT**
   **DISTRICT JUDGE**